IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 06-217-S-EJL |
| | ) | |
| vs. | ) | |
| | ) | FINAL ORDER |
| GEOVANNY OCAMPO-LOPEZ, | ) | OF FORFEITURE |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS, on December 21, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §924(d) (made applicable pursuant to 28 U.S.C. § 2461(c)), based upon the Plea Agreement entered into in the above case between GEOVANNY OCAMPO-LOPEZ and the United States on December 19, 2006;

WHEREAS, the United States caused to be published in the Idaho Statesman, a newspaper with general circulation in the State of Idaho, notice of this forfeiture and of the intent of the United States Attorney General (or a designee) to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no claims were filed.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Department of Justice, Office of Alcohol, Tobacco, Firearms and Explosives (ATF&E), is designated to forthwith seize all of the forfeited properties, not heretofore seized, which

are described below.

      IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

That the right, title and interest to the hereinafter described property, is hereby condemned, forfeited and vested in the Department of Justice, Office of Alcohol, Tobacco, Firearms and Explosives (ATF&E), and that no claim of interest in said property shall exist in any other person or entity, and that said property shall be disposed of according to law:

      Firearms and Ammunition to include:

      1. One (1) Norinco Model SKS, 7.62 x 39 mm semi-automatic rifle, serial number 9122311;

      2. Approximately 25 rounds of 7.62 mm ammunition; and

      3. Approximately 13 rounds of .22 caliber ammunition.

      IT IS FURTHER ORDERED that all parties herein shall bear their own costs and fees.

DATED:  **February 2, 2007**

*Edward J. Lodge* (signature)

~~Honora~~ble Edward J. Lodge
U. S. District Judge